IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-527-FDW-DCK

| | |
|---|---|
| MICHAEL BARBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| SMH RECORDS, LLC, | ) |
| MICHAEL A. SMITH, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Gary S. Hemric, filed a "Certification Of Mediation Session" (Document No. 9) notifying the Court that the parties reached a settlement on May 23, 2016. The Court commends the parties and the mediator for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **June 15, 2016**.

Signed: June 1, 2016

_____
David C. Keesler
United States Magistrate Judge