IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-527-FDW-DCK

| | |
|---|---|
| MICHAEL BARBER, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SMH RECORDS, LLC, MICHAEL A. SMITH, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Seal" (Document No. 15) filed July 14, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Seal" (Document No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that when the Parties file the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice, the Agreement attached as an exhibit thereto shall be filed under seal and shall remain sealed permanently.

**SO ORDERED**.

Signed: July 14, 2016

David C. Keesler
United States Magistrate Judge